HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BARTOLO ALCAUTA-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00262 LJO-SKO |
| *Plaintiff*, | **STIPULATION AND ORDER CONTINUING HEARING** |
| vs. | |
| BARTOLO ALCAUTA-RUIZ, | Date:    January 21, 2014 |
| | Time:    10:00 A.M. |
| *Defendant.* | Judge:   Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Bartolo Alcauta-Ruiz, that the change of plea hearing set for November 18, 2013 before Judge O'Neill, **may be rescheduled to January 21, 2014.**

Defendant seeks this stipulation to permit him to complete preparation for his change of plea and sentencing. The requested continuance will conserve time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 14, 2013     By:     */s/ Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 14, 2013     By:     */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
BARTOLO ALCAUTA-RUIZ

**O R D E R**

IT IS SO ORDERED.

Dated:     **November 14, 2013**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2

Stipulation to Continue Change of Plea Hearing/
[Proposed] Order